# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Rhodes | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:    24-cv-104 |
| v. | |
| Ramsey County Medial Examiner<br>Michael McGee, Kandiyohi County<br>Attorney Boyd Beccue, Hennepin County<br>Sheriff's Office Captain Willaim Joseph<br>Chandler, Kandiyohi County, Ramsey<br>County, and Hennepin County | |
| Defendants | |

The undersigned attorney hereby notifies the Court and counsel that Brad J. Thomson, shall appear as counsel of record for Plaintiff Thomas Rhodes in this case.

Dated:    1/13/2024

　　　　　　　　　　　　　　　　　　　　　　/s/ Brad J. Thomson
/s/ Brad J. Thomson
Brad J. Thomson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
brad@peopleslawoffice.com
Atty No: 400672