UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Thomas Rhodes,

    Plaintiff,

v.                                               Case No. 24-CV-104 (PJS/ECW)

Ramsey County Medical Examiner Michael McGee; Kandiyohi County Attorney Boyd Beccue; Hennepin County Sheriff's Office Captain William Joseph Chandler; Kandiyohi County; Ramsey County; and Hennepin County,       **DISQUALIFICATION ORDER**

    Defendants.

_____

    Because it appears that United States Magistrate Judge John F. Docherty may be a crucial witness in this case, I find that all U.S. District Judges and all U.S. Magistrate Judges of the District of Minnesota are disqualified from presiding over this matter. I will ask that a district judge and a magistrate judge from outside the District of Minnesota be appointed to preside.

    **IT IS SO ORDERED**.

DATED: January 17, 2024                                                    s/Patrick J. Schiltz
at Minneapolis, Minnesota.                                      PATRICK J. SCHILTZ
                                                                              Chief Judge
                                                                    United States District Court