## DESIGNATION OF UNITED STATES DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires;

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

### HONORABLE BRIAN WIMES

United States District Judge for the **WESTERN DISTRICT OF MISSOURI**, to hold court in the **DISTRICT OF MINNESOTA,** beginning **January 19, 2024** and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business in the assigned case:

*Case No. 24-CV-104 (PJS/ECW)*

Dated: January 19, 2024

*[signature]*

Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit

Original: **Kate M. Fogarty, Clerk of Court, District of Minnesota**
Chief Judge Patrick J. Schiltz, Chief Judge, District of Minnesota
Honorable Mary Elizabeth Phillips, Chief Judge, WDMO
Honorable Brian Wimes, District Judge, WDMO
Paige Wymore-Wynn, Clerk of Court, WDMO
Millie B. Adams, Circuit Executive