UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Rhodes,<br><br>      Plaintiff,<br><br>vs.<br><br>Ramsey County Medical Examiner Michael McGee, Kandiyohi County Attorney Boyd Beccue, Hennepin County Sheriff's Office Captain William Joseph Chandler, Kandiyohi County, Ramsey County, and Hennepin County,<br><br>      Defendants. | Case No.: 0:24-cv-00104 (BCW)<br><br>**NOTICE OF APPEARANCE OF MARK A. SOLHEIM** |

PLEASE TAKE NOTICE that Mark A. Solheim from the law firm of LARSON • KING, LLP, located at 2800 Wells Fargo Place, 30 East Seventh Street, St. Paul, Minnesota 55101, shall appear as counsel for Defendant Ramsey County Medical Examiner Michael McGee in connection with the above-captioned matter.

Dated: March 12, 2024

**LARSON · KING, LLP**

By /s/Mark A. Solheim
 Mark A. Solheim  (#213226)
 David M. Wilk (#222860)
 Kevin T. McCarthy (#399327)
 Zane P. Aubert (#402523)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel: (651) 312-6500
msolheim@larsonking.com
dwilk@larsonking.com
kmccarthy@larsonking.com
zaubert@larsonking.com

***Attorneys for Defendant Ramsey County Medical Examiner Michael McGee***