UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THOMAS RHODES | Case No. 24-cv-104 |
| Plaintiff, | |
| vs. | **WORD COUNT COMPLIANCE** |
| MICHAEL MCGEE, et al., | **CERTIFICATION** |
| Defendants. | |

I, Brad J. Thomson, certify that the Memorandum I filed in opposition to Defendants' Motion for Summary Judgment complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Office and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 7,488 words.

Dated: October 4, 2024                 Respectfully submitted,

                                       /s/ Brad J. Thomson
                                       Brad J. Thomson
                                       PEOPLE'S LAW OFFICE
                                       1180 N. Milwaukee Ave.
                                       Chicago, IL 60642


                                       **ATTORNEY FOR PLAINTIFF**