UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS RHODES,                                             Case No. 24-cv-104

Plaintiff,

vs.                                                        **DECLARATION OF**
                                                          **BRAD J. THOMSON**

MICHAEL MCGEE, et al.,

Defendants.

I, Brad J. Thomson, hereby depose and state as follows:

1.  I am a licensed attorney in Minnesota and one of the attorneys representing Plaintiff Thomas Rhodes in the above-titled case. I submit this Declaration in opposition to Defendant McGee's Motion for Judgment on the Pleadings.

2.  Attached as Exhibit 1 is a true and correct copy of the handwritten notes from Defendant Beccue regarding his January 1997 meeting with Defendant McGee.

3.  Attached as Exhibit 2 is a true and correct copy of an affidavit signed by Defendant McGee on June 30, 2014 and submitted in relation to Plaintiff's post-conviction proceedings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 4, 2024