# EXHIBIT 1

Work product - Meeting McGee  1-20-97

Blood stains on clothes - normal for drowning.

What could/would cause
- bruising
- mouth injury
- soft tissue
- legs/wrists/hand

force needed to do this

Brain findings

Neck? - fresh injury → what would cause
how fresh

any of the external consist. w/
other drowning vic he has seen?

association of face/head bruises w/ loc.
of neck injury?

Skin abrasions - normal part of dragging on sand?
or indicate fighting off the boat

floating face down —
? depth of water
dragging on bottom

leg bruises are normal

surface of skin on forehead "wiped off 1″" — piece darker because dry

impacted w/ some object

spared area — did she have glasses on — raccoon eyes — protected area
more pronounced on right (her left)

not dragging this cause bruise margin R side of face — no abrasions over side themselves — was alive when struck

Blunt injuries tend to be one-sided — hers on both

mouth injury — skin not abraded
except for cut on mouth

mouth is real problem

~~head~~ prob struck by something —
boat — x2

✱ Definately alive when str
   see scalp hemorrg

& very large object — blunt trauma
   couldn't happen bumping along bottom

he's seen many bodies out of rivers —
hands look like drag — not head.

mouth struck in water — then drown
blow — would rendered unconsc
then drown

lot of force — no fractures —
consistent w/ floating in water

hemorray in back of head —
could've been hit again

hemorag in internal neck.

— hemorag consist w/ blow to neck or someone grabbing her on throat
? no marks on neck surface.

on her Rt side of neck — muscle shows hemorag also

scalp sections & extremity tissues all fresh blood.

does nice drawing of neck becoming

— explain no surface injury —
  - impact
  - not manually strangled or ligature

but — grabbed & pushed over side — possibly explain

cant explain any other way the muscle

neck hemorag very unusual — needs trauma to specific area

not CPR or intubation

lower ext / arm bruise all at "same time" w/in 4 hrs of death — put prob all at same time.

no other way to do injuries

couldn't be another boat — after drowning.

another boat would have to be at time she was dying — & 2nd boat doesn't explain neck injuries.

manner of death? change from Pending to homicide —