IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THOMAS RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 24-cv-104 |
| RAMSEY COUNTY MEDICAL | ) | |
| EXAMINER MICHAEL MCGEE, | ) | |
| ESTATE OF KANDIYOHI COUNTY | ) | |
| ATTORNEY BOYD BECCUE, | ) | |
| HENNEPIN COUNTY SHERIFF'S | ) | |
| OFFICE CAPTAIN WILLIAM JOSEPH | ) | |
| CHANDLER, KANDIYOHI COUNTY, | ) | |
| RAMSEY COUNTY, and HENNEPIN | ) | |
| COUNTY, | ) | |
| | ) | |
| | ) | JURY DEMAND |
| Defendants. | | |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to this Court's order of November 12, 2025 (Dkt. 114), Plaintiff, Defendants Ramsey County, Kandiyohi County, and Estate of Boyd Beccue submit the following proposed scheduling order:

Defendants Ramsey County, Kandiyohi County, and Estate of Boyd Beccue shall have until December 3, 2025, to file any motions for judgment on the pleadings (the "Motions"). Plaintiff will have until December 17, 2025 to file any response brief. Defendants will have until December 24, 2025 to file any reply.

    Trial: August 31, 2026
    Pretrial Conference: July 31, 2026
    Dispositive Motions (other than Rule 12(c) motions) filed by: April 30, 2026
    Daubert Motions filed by: April 30, 2026
    Discovery Closure Deadline: March 31, 2026

1

Plaintiff Expert Disclosures: February 1, 2026
Defendant Expert Disclosures: March 15, 2026
Expert Depositions to Occur by: March 31, 2026

Dated: November 19, 2025

/s/ Brad J. Thomson
Brad J. Thomson
Ben H. Elson*, G. Flint Taylor*,
Tayleece Paul*
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
brad@peopleslawoffice.com

*Appearing *pro hac vice*

/s/ Tim Phillips
Tim Phillips (#390907)
Law Office of Tim Phillips
331 Second Avenue South, Suite 400
TriTech Center
Minneapolis, MN 55401
(612) 470-7179
tim@timphillipslaw.com

ATTORNEYS FOR PLAINTIFF

/s/ Kenneth H. Bayliss III
Kenneth H. Bayliss III
Quinlivan & Hughes, PA
Attorney
P.O. Box 1008
St. Cloud, MN 56302-1008
(320) 251-1414
kbayliss@quinlivan.com

ATTORNEY FOR KANDIYOHI COUNTY
AND ESTATE OF BOYD BECCUE

/s/ Kristine Nogosek
Kristine Nogosek
Assistant Ramsey County Attorney
360 Wabasha Street N., Suite 100
Saint Paul, MN 55102
(651) 266-3230
Kristine.nogosek@co.ramsey.mn.us

ATTORNEY FOR RAMSEY COUNTY