**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Thomas Rhodes

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 24-cv-00104-BCW

Boyd Beccue, Kandiyohi County, Ramsey
County

Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

ORDERED, consistent with the Orders of the Court (Docs. #139 & #140), the Clerk of the

Court is directed to enter judgment accordingly.

Date: 4/8/2026

KATE M. FOGARTY, CLERK